**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
OFF-WHITE LLC,

                   Plaintiff,

    -against-                                      19 **CIVIL** 1775 (PAE)(SN)

                                                           **JUDGMENT**

ALI JR., et al.,

                   Defendants.
-------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 1, 2021, The Court has granted the award of $5.1 million in statutory damages under the Lanham Act according to the tiered structure proposed by Off-White and adopted by Judge Netburn: $100,000 from the 35 Defaulting Defendants who made between 1 and 93 sales of counterfeit Off-White Products; $200,000 from the three Defaulting Defendants who made between 121 and 228 sales of counterfeit Off-White Products; and $1 million from the one Defaulting Defendant who made 1,731 sales of counterfeit Off-White Products. Off-White is also entitled to post-judgment interest on this judgment amount. Additionally, Judge Netburn's recommendation has adopted Off-White's request for a post-judgment order freezing each Defaulting Defendants' assets and authorizing the transfer of those assets to Off-White be denied, but that Off-White be permitted to execute on and enforce the Court's judgment immediately.

**Dated:** New York, New York

       October 14, 2021

                                                                       **RUBY J. KRAJICK**

                                                                         **Clerk of Court**

                                   **BY:**      *K. Mango*

                                                                         **Deputy Clerk**