Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
6 East 45th Street, 7th Floor
New York, NY 10017
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*
*Off-White LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OFF-WHITE LLC,

*Plaintiff*

v.

ALI JR, ALVINCARABALLO, ANDREWSOBERS, BETHANYASTRI, BEVERLYBUSH, CURTISHOFFER, DAVID0112, DEBORAHTHEBERGE, DENISEGOMEZ, DENNRAMOS, DRXFT, EDWARD35, EDWARDLESPER, EVELYNLEOD, EVERYSOMETHING, GERYSANTIAGO, HELENMASON, JAMEIRKLE, JASONCROW, JENKINSKURT, JOHNATHONMCCOY, KIMBOYKINS, KOBA JGENTI, LITTLEPCREATIVE, LORI2D, LUELLAVINCENT, MARIAHARN, MARK WOLFE, MARKOSUNA, MIKELAO0804, MIRIAMKINSEY, MMARKLEYJ, NAREMISENG, OPTIXAL, PIMSSIMS, SAM DREW, SCARLETT P HOANG, SHIMCHI, SUZANNEMACDO, TERESAREEVES, TERESARICHARD, VIEW FROM THE SIX, VIKTORIA THORBJORNSEN, WANDAXGIGLI, WEN LEE, WILLIAMSWEET, WILLUP, and YPOWKQ,

*Defendants*

CIVIL CASE NO.
**19-cv-1775 (PAE)(SN)**

**ORDER FOR RETURN OF SECURITY BOND**

The Court, having entered a final default judgment and permanent injunction and having directed the Clerk of Court to close this case, the Court hereby GRANTS Plaintiff's request for the return of the Five Thousand U.S. Dollar ($5,000.00) security bond in this action.

Accordingly, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1)  The Court releases the Five Thousand U.S. Dollar ($5,000.00) security bond that Plaintiff submitted in connection with this action to counsel for Plaintiff, Epstein Drangel, LLP, 6 East 45th Street, 7th Floor, New York, NY.

**SO ORDERED.**

SIGNED this _____ 20th day of _____ March _____, 2026, at _____ 12 _____ p.m.

_____
HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE